UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KENNETH THUNDERBIRD,

     Plaintiff,

     v.

STATE OF OREGON, MAX WILLIAMS,
MARK NOOTH, SNAKE RIVER MEDICAL
FACILITY, STEVE SHELTON, G. GULICK,
SNAKE RIVER SECURITY DEPARTMENT,
BASSETT, CAIN, HOLLOPSTER, McNIT,
HENSLEY, STRINGER, ADAMS, SHEPPARD,
PATRICK, NURSE HODGE, NURSE GRIFFIN,
NURSE V. CLARK, NURSE KELLER,
MERRIT, HUNT, KUDRAM, GROSS, DEAN,
BULILSONS, WILSON, NURSE JOHNSTON,
S. JOHNSTON, MS. HICKS, TRCI MEDICAL
FACILITY, HAYES, and HANSEN,

     Defendants.

Civil No. 08-1404-PK

ORDER

HAGGERTY, District Judge:

     Magistrate Judge Papak has issued a Findings and Recommendation [91] in this action.

The Magistrate Judge recommended that plaintiff's Second Amended Complaint [90] be

construed as properly filed, and that defendants' Motion to Dismiss [80] be denied as moot with

1 -- ORDER

leave to refile if warranted.  The Magistrate Judge also recommended that plaintiff's Motion for

Discovery [87] be denied with leave to refile.  No objections were filed, and the case was

referred to this court.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of

Civil Procedure 72(b).  When no timely objection is filed, the court need only satisfy itself that

there is no clear error on the face of the record in order to accept the recommendation of the

Magistrate.  *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Findings and

Recommendation in its entirety.

## CONCLUSION

The Findings and Recommendation [91] is adopted.  Plaintiff's filing on October 5, 2010

is construed to include an informal motion for leave to amend, and plaintiff's Second Amended

Complaint [90] is deemed to be properly filed.  Defendants' Motion to Dismiss [80] is denied as

moot with leave to refile.  Plaintiff's Motion for Discovery [87] is denied, but plaintiff is granted

leave to refile if he intended the subpoena to issue to a third party and not one of the defendants

in this action.

IT IS SO ORDERED.

DATED this __1__ day of November, 2010.


   /s/ Ancer L. Haggerty
        Ancer L. Haggerty
   United States District Judge